

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00317-CR

**CHAZ ANTHONY PHILLIP JONES,**

Appellant

 v.

**THE STATE OF TEXAS,**

Appellee

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. F50789**

## O R D E R

In Trial Court Case No. F50789, appellant Chaz Anthony Phillip Jones pled guilty to one count of Aggravated Sexual Assault of a Child (Count I), one count of Online Solicitation of a Minor (Count II), and one count of Possession of a Controlled Substance under 1 gram (Count III). After a bench trial for punishment, the court assessed Jones's punishment at 45 years in prison on Count I, 20 years in prison on Count II, and 2 years in state jail, probated for two years on Count III. Three judgments were signed, one for each count.

Jones filed one notice of appeal, showing his desire to appeal from "the judgment of conviction and sentence" rendered against him in Trial Court Case No. F50789. The appeal therefore bears one case number, Court of Appeals No. 10-17-00317-CR.

Jones's appointed appellate counsel filed a brief challenging only the judgments and sentences for Counts I and II. Because Jones did not challenge the judgment for Count III, a brief bringing any alleged error or an *Anders*-type motion to withdraw and a supporting brief as to Count III must be filed in this proceeding within 30 days from the date of this order. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). If counsel files a motion to withdraw, counsel should also file a motion to sever as to that count. *See Kirven v. State*, No. 10-14-00122-CR (Tex. App.—Waco Oct. 22, 2015, order) (not designated for publication). *See also Loredo v. State*, No. 10-15-00322-CR (Tex. App—Waco Apr. 21, 2016, order) (not designated for publication); *Keene v. State*, No. 10-15-00389-CR (Tex. App.—Waco Feb. 15, 2017, order) (not designated for publication).

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Order issued and filed March 28, 2018

